UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-00350-TLN-KJN |
| | No. 2:24-cv-00351-TLN-KJN |
| | No. 2:24-cv-00352-TLN-KJN |
| | No. 2:24-cv-00353-TLN-KJN |
| | No. 2:24-cv-00355-TLN-KJN |
| | No. 2:24-cv-00356-TLN-KJN |
| | No. 2:24-cv-00357-TLN-KJN |
| | No. 2:24-cv-00358-TLN-KJN |
| | No. 2:24-cv-00359-TLN-KJN |
| | No. 2:24-cv-00360-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new pleading and assign it to the undersigned for
3  review. (*Id.* at ECF No. 26.)  If the Court determines the new filing is related to Plaintiff's
4  Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

5      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6  finds they are related to Plaintiff's Alameda County criminal conviction.

7      Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00350, 2:24-cv-00351, 2:24-
8  cv-00352, 2:24-cv-00353, 2:24-cv-00355, 2:24-cv-00356, 2:24-cv-00357, 2:24-cv-00358, 2:24-
9  cv-00359 and 2:24-cv-00360 are hereby DISMISSED.  The Clerk of the Court is directed to close
10  these cases.  No further filings will be accepted.

11      IT IS SO ORDERED.

12  Date: March 6, 2024

_____
Troy L. Nunley
United States District Judge

2